Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
1990 N. California Blvd. 8th Floor
Walnut Creek, CA 94596
Tel: (925) 222-7071
Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
PATRICIA ANN SMITH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA ANN SMITH,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:26-cv-01941-TLN-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall have an extension of time of 30 days to file her motion for summary judgment. Plaintiff's motion for summary judgment is currently due to be filed on September 1, 2026. If the 30-day extension is approved by this Court, Plaintiff's motion for summary judgment will be due October 1, 2026.

There is good cause for the extension. Plaintiff's counsel has 13 opening briefs and 3 reply briefs due to be filed on or before September 5, 2026. The extension of time will permit Plaintiff's counsel sufficient time and resources to conduct a thorough review of the record and draft the issues most pertinent to the Court's judicial review of this case.

Respectfully submitted,

Dated: August 27, 2026

Law Offices of Francesco Benavides

By: /s/ Francesco Benavides
FRANCESCO P. BENAVIDES
Attorney for Plaintiff

Dated: August 27, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel of Program Litigation 1
Social Security Administration

By: /s/ Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature obtained via email on August 27, 2026).

**ORDER**

IT IS HEREBY ORDERED, based on the stipulation of the parties, and for good cause shown, that Plaintiff is granted a 30-day extension of time to file her motion for summary judgment in the above-captioned case. With the extension, Plaintiff's motion for summary judgment is now due on October 1, 2026.

Dated: September 2, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE